613 A.2d 1205

**Anne Y. LOWER, Appellant,**

v.

**David A. LOWER.**

Supreme Court of Pennsylvania.

Argued Sept. 22, 1992.

Decided Oct. 14, 1992.

Mark Clement, Morton B. DeBroff, Pittsburgh, for appellant.

Michael A. Steger, Smiley, McGinty & Steger, Pittsburgh, for appellee.

454

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.